PLAINTIFF'S EXHIBIT

1

# Pine Lawn Police Department

# Medal of Valor

Presented To

## Corporal Steven Blakeney #448

Acts of outstanding bravery intelligently preformed in the line of duty at imminent personal hazard to life and the circumstances evincing a disregard of personal consequences. This officer exhibits exceptional courage, extraordinary decisiveness and presence of mind and unusual swiftness of action in an attempt to save or protect human life.

Presented on the 9th day of August 2010

Mayor Silvester Caldwell
Police Commissioner

Colonel Rickey O. Collins
Chief of Police

# Pine Lawn Police Department

## Chief's Letter of Commendation

This certificate is awarded to:

# Corporal S. Blakeney # 448

For excellent execution of service in the line of duty this officer demonstrated alertness, determination, and professionalism throughout his efforts of investigation.

The apprehension of felons, and prosecution demonstrate the level of policing consistent with the expectations of the governing body, department and citizens of the

City of Pine Lawn.

Presented on this 26th day of September, 2011

Mayor Sylvester Caldwell
Police Commissioner

Colonel Rickey O. Collins
Chief of Police







# PINE LAWN POLICE DEPARTMENT
Pine Lawn, MISSOURI



**BLAKENEY, STEVEN P**

**Sergeant**
**DSN 448**

**Expires: 9/17/2017**



# Police Officer



## PINE LAWN POLICE DEPARTMENT
6250 Steve Marre Avenue
St. Louis, Missouri 63121

**Sergeant Steven Blakeney DSN# 448**
Commander Field Operations/Investigations

314-261-0880 OFFICE
314-261-5502 FAX                    COMPLAINT #_____
sblakeney@pinelawn.org              314-428-2624 DISPATCH



Exhibit D



**GLENN A. EIDMAN**
**CHIEF OF POLICE**

BUSINESS 314-432-8000
FAX   314-432-5691
EMERGENCY  911

CREVE COEUR POLICE DEPARTMENT
300 N. NEW BALLAS RD.
CREVE COEUR, MO 63141-7501

Chief Willie Epps
Pine Lawn Police Department
6250 Steve Marre Ave
St. Louis, MO 63122

Chief Epps,

On behalf of the Creve Coeur Police Department, I wish to take this opportunity to thank you for your support in assisting us with the United Mine Worker's of America rally in Creve Coeur on July 30, 2013.

Sgt. Blakeney provided exceptional service when responding to our Code 1000 call out. His professionalism reflected greatly upon the Pine Lawn Police Department and the law enforcement community.

Again, thank you for your support and please extend my gratitude to Sgt. Blakeney for a job well done.

Sincerely,

Glenn A. Eidman
Chief of Police



Oliver "Glenn" Boyer
Sheriff

**Jefferson County Sheriff's Office**
PO Box 100
Hillsboro, MO 63050
Telephone (636) 797-5000
Fax (636) 797-5049



Steven E. Meinberg
Undersheriff

October 15, 2013

Chief Willie Epps
Pine Lawn Police Department
6250 Steve Marre Ave
St. Louis, MO 63121

Dear Chief Epps,

I would like to extend my utmost sincere gratitude to you and the Pine Lawn Police Department for the assistance that you gave to the Jefferson County Sheriff's Office after Shawn Nims ambushed and shot two of our deputies.

Your willingness to offer immediate assistance of both manpower and/or equipment allowed us to bring a violent situation to a quick resolve without the injury of any other law enforcement personnel. Please extend our gratitude to each officer from your agency that assisted us during this tragic event.

Should we ever be able to return the favor, you can count on us.

Sincerely,

Oliver "Glenn" Boyer
Sheriff of Jefferson County
Hillsboro, Missouri

OGB/tb

P.S.   If I missed someone, I am sure you can understand. It was a mistake on my part. Please accept my apologies and please add them to the list.

# CERTIFICATE OF COMPLETION



This certificate is awarded to

## Steven Blakeney

As recognition for the completion of 40 hours of Training with the CMS Field Training Officer

(FDLE 809)

This November 19, 2010

Timothy J. Day, Academy Director



The School District of Lee County
Course Number: 809



# Certificate of Training

For a 40 hour course entitled

## Basic Police Management for Line Supervisors

issued to

### Steven P. Blakeney

## 40 Continuing Education Hours

5 Hours Legal Studies Core Area – 14 Hours Interpersonal Skills Core Area
21 Hours Technical Studies Core Area
April 30 – May 4, 2012
Held at the St. Louis County & Municipal Police Academy

*Lieutenant R. Kevin Lawson*
Lieutenant R. Kevin Lawson, Director
St. Louis County and Municipal Police Academy

CALEA
Accredited

A.P.O.S.T. Approved Provider for Continuing Education



ST. LOUIS COUNTY AND MUNICIPAL Police Academy

# Certificate of Attendance

For a 4 hour course entitled

## Code 1000 Responding To and Managing

issued to

### Steve Blakeney

#### 4 Continuing Education Hours

3 Hours Technical Studies Core - 1 Hour Legal Studies Core Area
September 19, 2013
Held at the St. Ann Police Department – St. Ann, Missouri

*Lieutenant R. Kevin Lawson*

Lieutenant R. Kevin Lawson, Director
St. Louis County and Municipal Police Academy

CALEA
Accredited

A P.O.S.T. Approved Provider for Continuing Education



# EASTERN MISSOURI POLICE ACADEMY

4601 MID RIVERS MALL DRIVE
ST. PETERS, MISSOURI 63376
636-922-8724  FAX 636-922-8725

presents this

## Certificate of Completion

to

# Steven Blakeney

For 8-hrs in Law Enforcement Training in

# Civil Disturbance Response

4-hrs Skill Development 4-hrs Technical Studies

10/16/2014
at
O'Fallon PD

*Ronald S. Neubauer*
*Academy Director*

*This course meets Missouri POST requirements for continuing law
enforcement education hours. All course materials are properly filed and
maintained by the Eastern Missouri Law Enforcement Training Academy;
A POST approved provider.*



# Certificate of Attendance

*This certifies that*

## Steve Blakeney

*has successfully completed*
*Continuing Education Training*
*at Cape Girardeau, MO, in*

## Firearms Instructor

### Handguns-I

*presented by the*

## LAW ENFORCEMENT ACADEMY

A P.O.S.T. Approved Provider

**Southeast**
Missouri State University

Dr. Michael Brown, Director

March 25, 2011

| INTERPERSONAL PERSPECTIVES: | | 2 |
| LEGAL STUDIES | | 2 |
| TECHNICAL STUDIES | | 8 |
| SKILL DEVELOPMENT: | | 22 |
| FIREARMS | | 4 |
| TOTAL CONTINUING EDUCATION CREDITS | | 40 |



# Certificate of Attendance

This certifies that

**STEVEN BLAKENEY**

has successfully completed
Continuing Education Training
at Marble Hill, MO., in

Firearms Instructor II

Shotgun

presented by the

LAW ENFORCEMENT
ACADEMY

A P.O.S.T. Approved Provider

*Duplicate*

Carl Kinnison, Director          April 9-11, 2013

| | |
|---|---|
| INTERPERSONAL PERSPECTIVES | 4 |
| LEGAL STUDIES | 2 |
| TECHNICAL STUDIES | 1 |
| SKILL DEVELOPMENT | 6 |
| FIREARMS | 4 |
| TOTAL CONTINUING EDUCATION CREDITS | 20 |

**Southeast**
Missouri State University

# University of Central Missouri
## Missouri Safety Center

awards

### STEVEN BLAKENEY

Certification of Completion for 11.0 hours of instruction in

## SOBRIETY CHECKPOINT SUPERVISOR

The POST approved program for:

6.0   Technical Studies

No. of CEH's   Core Curriculum Area

2.0   Skill Development

No. of CEH's   Core Curriculum Area

0.0   Interpersonal Perspectives

No. of CEH's   Core Curriculum Area

1.0   Legal Studies

No. of CEH's   Core Curriculum Area

Meets the POST approved guidelines for CEH's
from this POST approved provider.
Given in
Festus, Missouri
on April 15, 2011

PINE LAWN POLICE DEPT.



Director, Missouri Safety Center

Administrator of Post Program



# Certificate of Attendance

*This certifies that*

**Steven Blakeney**

*has successfully completed*
Continuing Education Training
*at Cape Girardeau, MO, in*

## Racial Profiling

*presented by the*

## LAW ENFORCEMENT
## ACADEMY

Cape Girardeau, MO
A.P.O.S.T. Approved Provider

Southeast
Missouri State University

By Michael F. Brown, Director

October 15, 2010

| | |
|---|---|
| INTERPERSONAL PERSPECTIVES | |
| LEGAL STUDIES | 2 |
| TECHNICAL STUDIES | |
| SKILL DEVELOPMENT | 0 |
| FIREARMS | 0 |
| TOTAL CONTINUING EDUCATION CREDITS | 3 |

# Pine Lawn Police Department
## 6250 STEVE MARRE
## ST. LOUIS, MO 63121
### 314-261-0880 office  314-261-5502 fax
"We are always working to serve you"

December 4, 2013

Gayla Kempker
P.O. Box 749
Jefferson City, MO 65102

Gayla,

I have recently accepted a position with the City of Pine Lawn Police Dept, where I am the Detective, and also act as the Training Officer. I was hoping that you would receive these certificate copies for Steven Blakeney and place them in his file. The certificates hours add up to 244 hours total.

The break down on the hours are 23 Legal, 35 Interpersonal Perspectives, 117 Technical Skills, 55 Skill Development, 12 Firearms, and include the 3 hours of Racial Profiling. Thank you so much for your time with this, and hope all is well.

I will miss seeing you all at the Audit!

Sincerely,

Det. Lawrence Fleming 530

# Pine Lawn P.D. POLICE DEPARTMENT
6250 STEVE MARRE
PINE LAWN, MO 63121
[314] 261-0880

# MEMORANDUM

DATE:      November 24, 2010

TO:        Honorable Mayor Caldwell / Police commisioner

FROM:      P.O. Blakeney #448

SUBJECT:   **6 MONTH STATS   MAY 1ST THROUGH OCTOBER 31ST 2010**

Sir,

Below are the stats generated from May thro October by the courts department.

I issued the following violations while on duty:

| | |
|---|---|
| Traffic Summons- | 522 |
| Misdemeanor Arrests- | 80 |
| Felony Arrests  - | 4 |
| police reports | 72 |

I also furthered my training by attending the following classes :

40 hours -  State cerified field training Officer
40 hours -  Patrol Investigations
8 hours  -  Patrol rifle qualifacation
3 hours  -  mandated racial profiling

Total hours in training   -   91

# ST. LOUIS COUNTY, MISSOURI POLICE DEPARTMENT

# CERTIFICATE
# OF
# TRAINING

## PRESENTED TO

### STEVEN BLAKENEY

## PRESENTED THIS 26TH DAY OF JANUARY, 2007

THIS CERTIFICATE OF TRAINING WILL ATTEST TO THE FACT THAT THE ABOVE NAMED INDIVIDUAL HAS SUCCESSFULLY COMPLETED A 3.5-HOUR TRAINING SESSION ON THE PROPER USE OF PEPPER SPRAY.

## PEPPER SPRAY



**Jerry Lee**
Colonel Jerry Lee
Chief of Police

**Andre' L.Edison**
Sgt. Andre' L. Edison
Coordinator

# Certification of Firearms Proficiency & Safety Training

On this, the __7th.__ day of __Oct.__, 200 __6__,

I certify that Mr./Ms. __Steven P. Blakeney__

MO Drivers licence / I.D. # __R050146013__

Has successfully and completely attended, participated in and passed the PACK-N-HEAT, INC. 8+ hour handgun safety course. He / she has demonstrated, under live fire conditions, the ability to safely carry, maintain and use concealable firearms as specified by the laws of the State.

Their instructor, Mr. Duaine Zeitz, 355 Versailles Dr. Florissant, Mo. 63031 (314-838-8763) is a Certified NRA Pistol Marksmanship & Personal Protection Instructor # 41484015 and the author of "HANDGUNS; COLD HARD FACTS & FANNY PACKS".

Pack-N-Heat, Inc.
Utah license # L100860



State of Utah
Utah Certified Concealed Firearms Instructor
Utah License Number L100860
My certification expires on: 12/01/2009
Duaine Zeitz, Pack-N-Heat, Inc.
355 Versailles Dr.
Florissant, MO 63031

[ Signature not valid without embossed seal ]



# Certificate of Attendance

For a 4 hour course entitled

## Specialized Security Force Training
*Collapsible Baton*

issued to

## Steven Blakeney

## 4 Continuing Education Hours
Skill Development Core Area

April 27, 2007
Held at the St. Louis County & Municipal Police Academy

Captain Ken Gregory, Director
St. Louis County and Municipal Police Academy

CALEA
Accredited

A P.O.S.T. Approved Provider for Continuing Education



Heartland MMA, LLC
414 E. Main Street
Jackson, MO 63755
(573) 275-5107
groundfighter2001@gmail.com

To Whom It May Concern:

Officer Steven Blakeney 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 DSN #448, shot a passing score on a 100 round rifle course consisting of shots at 100 yards, 50 yards and 25 yards.  Minimum passing score is 70%.  Mr. Blakeney shot his qualification with an AR-15 M4 type rifle during his firearms instruction on June 14, 2012.

Officer Blakeney also shot a passing score on a shotgun course consisting of five rifled slugs fired from 50 yards, 40 yards, and 25 yards.  Double 00 buck fired from 25 yards, 15 yards, and 7 yards.  Passing score is 70%.

Please feel free to contact me if you have any questions.

Sincerely,

Lawrence Fleming
President/Owner

SAINT LOUIS UNIVERSITY

DEPARTMENT OF **PUBLIC SAFETY**

Certificate of completion for

# IPMBA POLICE CYCLIST COURSE

issued to:

# STEVEN P. BLAKENEY

This certificate is evidence of proficiency in police
cycling concepts and basic skills as determined
by the standards set by the International Police
Mountain Bike Association (IPMBA).

DOB: **09/07/80** CERTIFICATE NUMBER: **6**

LOCATION: **SAINT LOUIS UNIVERSITY, ST. LOUIS, MO. (U.S.A.)**

#992

Anthony Grimnig INSTRUCTOR, #992

St. Louis Metropolitan Police Department

St. Louis Police Academy

# Certificate of Completion

Law Enforcement Response to Active Shooter

issued to:

## Steve Blakeney

St. Louis University
4 Continuing Education hours in Technical Studies

Completed 10/31/07
at Forest Park Community College

Lt. Joseph Hecht
St. Louis Police Academy

A P.O.S.T. approved provider for Continuing Education

# ST. LOUIS COUNTY, MISSOURI POLICE DEPARTMENT

## CERTIFICATE

## OF

## TRAINING

### PRESENTED TO

## STEVEN BLAKENEY

### PRESENTED THIS 26TH DAY OF JANUARY, 2007

THIS CERTIFICATE OF TRAINING WILL ATTEST TO THE FACT THAT THE ABOVE NAMED INDIVIDUAL HAS SUCCESSFULLY COMPLETED A 3.5-HOUR TRAINING SESSION ON THE PROPER USE OF PEPPER SPRAY.

## PEPPER SPRAY



**Jerry Lee**
Colonel Jerry Lee
Chief of Police

**Andre' L. Edison**
Sgt. Andre' L. Edison
Coordinator

St. Louis Metropolitan Police Department

St. Louis Police Academy

# Certificate of Completion

## Law Enforcement Response to Active Shooter

issued to:

### Steve Blakeney

St. Louis University
4 Continuing Education hours in Technical Studies

for

Completed 10/31/07
at Forest Park Community College

Lt. Joseph Hecht
St. Louis Police Academy

A P.O.S.T. approved provider for Continuing Education

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE AFFIRMS THAT THE ABOVE NAMED PERSON HAS
SUCCESSFULLY COMPLETED A 100 ROUND QUALIFICATION COURSE IN

## STEVEN BLAKENEY

## PATROL RIFLE QUALIFICATION

MINIMUM OF 70% ON 100 ROUND COURSE FIRED FROM 100, 50, 25 YARDS

LAWRENCE E. FLEMING
APPROVED INSTRUCTOR

JULY 15, 2013



**Southeast**
Missouri State University   ONE UNIVERSITY PLAZA  •  CAPE GIRARDEAU, MISSOURI 63701-4799  •  (573) 651-2000  •  http://www.semo.edu

May 15, 2010

To whom it may concern:

Mr. Steven Blakeney shot a passing score on a 100 round rifle course consisting of torso shots at 100 yards, and head shots at 50 yards. Minimum passing score is 70%. Mr. Blakeney shot his qualification with an AR-15 M4 type rifle during his firearms instruction on May 13, 2010.

Sincerely,

Lawrence Fleming
Training Specialist
Law Enforcement Academy



# Certificate of Attendance

For a 4 hour course entitled

## Firearms Qualification

issued to

## Steve Blakeney

### 4 Continuing Education Hours

Skill Firearms Development Core Area
August 16, 2011
Held at Eureka, Missouri

*Lieutenant R. Kevin Lawson*
Lieutenant R. Kevin Lawson, Director
St. Louis County and Municipal Police Academy



**CALEA Accredited**

**A P.O.S.T. Approved Provider for Continuing Education**





CALEA
Accredited

A P.O.S.T. Approved Provider for Continuing Education

# Certificate of Attendance

For a 6 hour course entitled

## TASER Training

issued to

## Steven Blakeney

### 8 Continuing Education Hours

Technical Studies Core Area
November 19, 2011
Held at the Pine Lawn Police Department – St. Louis, Missouri

*Lieutenant R. Kevin Lawson*

Lieutenant R. Kevin Lawson, Director
St. Louis County and Municipal Police Academy



ST. LOUIS COUNTY AND MUNICIPAL Police Academy

CALEA Accredited

A P.O.S.T. Approved Provider for Continuing Education

# Certificate of Attendance

For a 24 hour course entitled

## Introduction to Criminal Investigation

issued to

### Steve Blakeney

24 Continuing Education Hours

1 Hour Legal Studies Core Area – 2 Hours Interpersonal Skills Core Area
21 Hours Technical Studies Core Area
September 15 – 17, 2010
Held at the St. Louis, Missouri

*Lieutenant R. Kevin Lawson*

Lieutenant R. Kevin Lawson, Director
St. Louis County and Municipal Police Academy

# Missouri State
## U N I V E R S I T Y

### NONCREDIT PROGRAMS

presents this certificate to

## Steven Blakeney

13 hours of continuing law enforcement education

May 22-24, 2013

Missouri State Investigators Association Annual Conference, Lake Ozark, Missouri.

This course is formatted to meet Missouri POST requirements for Approved Provider Continuing Education Hours (minimum of 24 hours per 3 year reporting period). Records are maintained by Missouri State Outreach Noncredit Programs at the Kenneth E. Meyer Alumni Center.

| 6 | CEHs in the subject area of Legal Studies | 3 | CEHs in the subject area of Technical Skills |
| 0 | CEHs in the subject area of Interpersonal Perspectives | 4 | CEHs in the subject area of Skill Development |

| Crime Scene Investigations | 0 TS | Courtroom Testimony | 3 LS |
| Crime Scene Investigations Practical | 0 SD | Synthetic Drug Update | 0 TS |
| Active Shooter Concepts & Practical | 4 SD | Capturing Digital Evidence | 0 TS |
| Human Trafficking | 0 TS | Surveillance Techniques & Equipment | 3 TS |
| Basic Technology Based Investigations | 0 TS | Legal Updates | 3 LS |
| Surviving the Violet Intruder | 0 TS | | |

Associate Provost for Outreach

Noncredit Program Coordinator



# University of Central Missouri

## Missouri Safety Center

awards

### STEVEN BLAKENEY

Certification of Completion for 20 hours of instruction in

## CRASH INVESTIGATION I

The POST approved program for:

| | | |
|---|---|---|
| 14.0 | Technical Studies | |
| No. of CEH's | Core Curriculum Area | |
| 6.0 | Skill Development | |
| No. of CEH's | Core Curriculum Area | |
| 0.0 | Interpersonal Perspectives | |
| No. of CEH's | Core Curriculum Area | |
| 0.0 | Legal Studies | |
| No. of CEH's | Core Curriculum Area | |

Meets the Missouri POST approved guidelines for CEH's
from this Missouri POST approved provider.

Given in

Kansas City, Missouri

on January 21, 2011

SSN:   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

PINE LAWN POLICE DEPT.

Interim Director, Missouri Safety Center

Administrator of POST Program

Program Manager



# Certificate of Attendance

*This certifies that*

**Steven P. Blakeney**

*has successfully completed*
Continuing Education Training
*at St. Louis, MO, in*

## Patrol Rifle Phase 1

Orientation

*presented by the*

## LAW ENFORCEMENT ACADEMY

A P.O.S.T. Approved Provider

Dr. Michael Brown Director

June 13, 2010

| | |
|---|---|
| INTERPERSONAL PERSPECTIVES | |
| LEGAL STUDIES | 0 |
| TECHNICAL STUDIES | 2 |
| SKILL DEVELOPMENT | 4 |
| FIREARMS | 4 |
| TOTAL CONTINUING EDUCATION CREDITS | 8 |

Southeast
Missouri State University

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE AFFIRMS THAT THE ABOVE NAMED PERSON HAS SUCCESSFULLY COMPLETED A 100 ROUND QUALIFICATION COURSEIN

## STEVEN BLAKENEY

# PATROL RIFLE QUALIFICATION

MINIMUM OF 70% ON 100 ROUND COURSE FIRED FROM 100, 50, 25 YARDS

OCTOBER 11, 2012

LAWRENCE E. FLEMING
APPROVED INSTRUCTOR





# Certificate of Completion

This certifies that

## Steven Blakeney

Successfully completed the training requirements for

## Full Law Enforcement Inquiry

Completed on 6/13/2013          Expires on 6/13/2015

REGIONAL JUSTICE INFORMATION SERVICE

Connecting People and Information

General Manager

Training Supervisor



A computer record processing and telecommunications network for criminal justice agencies in the Illinois areas of Madison, Monroe and St. Clair Counties, and the Missouri areas of the City of St. Louis, Franklin, Jefferson, St. Charles and St. Louis Counties.

*Connecting People and Information*

## CERTIFIES THAT

### Steven Blakeney

HAS SATISFACTORILY COMPLETED THE ON-LINE TEST

### Level 001 (BAS, DOR, PEI, VEI, MUI & MSG)

COMPLETED ON:

June 12, 2013

AND IS QUALIFIED AS DEFINED IN THE CURRICULUM FOR THIS COURSE.

GENERAL MANAGER, REJIS

REJIS TRAINING SUPERVISOR



# TASER Electronic Control Device

### USER CERTIFICATE

## STEVEN BLAKENEY

*This certifies that the above named individual (**STEVEN BLAKENEY**) has completed the training required and has passed a written examination in the use of the TASER **X26** Electronic Control Device. By accepting this User Certificate, the Student accepts the terms of the Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification is good for one year.*

Instructor: _____  Date _____

(P.O HAMZEHZADEH DSN 452)

# CERTIFICATE OF COMPLETION



## STEVEN BLAKENEY

THIS CERTIFICATE AFFIRMS THAT THE ABOVE NAMED PERSON HAS
SUCCESSFULLY COMPLETED A 60 ROUND QUALIFICATION COURSE IN

# HANDGUN QUALIFICATION

MINIMUM OF 70% ON 60 ROUND COURSE FIRED USING A MISSOURI P.O.S.T. APPROVED HANDGUN COURSE.

LAWRENCE E. FLEMING
APPROVED INSTRUCTOR

JULY 15, 2013

# Missouri State UNIVERSITY™

## NONCREDIT PROGRAMS

presents this certificate to

## Steven Blakeney

May 21-23, 2014

Missouri State Investigators Association Annual Conference, Lake Ozark, Missouri.

3 hours of continuing law enforcement education

This course is formatted to meet Missouri POST requirements for Approved Provider Continuing Education Hours (minimum of 24 hours per 3 year reporting period). Records are maintained by Missouri State Outreach Noncredit Programs at the Kenneth E. Meyer Alumni Center.

| 0 | CEHs in the subject area of Legal Studies | 3 | CEHs in the subject area of Technical Skills |
| 0 | CEHs in the subject area of Interpersonal Perspectives | 0 | CEHs in the subject area of Skill Development |

| | |
|---|---|
| Retail Theft and Organized Theft | 0 |
| Crisis Negotiator for Risk/Special Threat Situations | 0 |
| Crime Scene Photography | 0 |
| Case Preparation | 0 |
| Death Investigation | 3 |
| Art of Report Writing | 0 |

| | |
|---|---|
| Coroner's Duties in Death Investigations | 0 |
| Domestic Violence Investigations | 0 |
| Human Trafficking | 0 |
| Interviewing Witnesses/ Suspects | 0 |
| Racial Profiling | 0 |
| | 0 |

_Associate Provost for Outreach_

_Noncredit Program Coordinator_

# REMOTE Training Consultants

*presents to:*

# *Steve Blakeney*

### a Certificate of Completion Of

### 9 Hours of Law Enforcement Continuing Education for:

# Law Enforcement Survival Tactics

### held on December 5, 2012 in St. Louis, MO

### credit is issued in the following categories:

*Skill Development--1 hour*
*Technical Study--5 hours*
*Interpersonal Perspectives--3 hours*

*Rodney Owen*

**Patrolman/Lead Instructor**
**REMOTE Training Consultants**

*The Missouri POST Program has approved this course for "In-Service Training" credit,*
*(maximum of 24 hours per three (3) year reporting period).*



# STATE OF MISSOURI

## DEPARTMENT OF HEALTH AND SENIOR SERVICES

### BREATH ALCOHOL PROGRAM

# PERMIT

## TYPE III

### STEVEN BLAKENEY

is hereby authorized to operate the following breath analyzer(s):

## ALCO-SENSOR IV WITH PRINTER

for the determination of the alcoholic content of blood from a sample of expired air. Permit issued under the provisions of sections 577.020 through 577.041, RSMo and 306.111 through 306.119 RSMo.

DATE ___1/3/2013___

NUMBER ___323658___

EXPIRES ___1/3/2015___

DIRECTOR OF STATE PUBLIC HEALTH LABORATORY

Acting Director
DIRECTOR OF DEPARTMENT OF HEALTH AND SENIOR SERVICES

MO 580-0772 (6-10)                                                                    LAB-6 (R5-10)



Southeast Missouri State University
Law Enforcement Academy
Cape Girardeau, Missouri

This is to certify that on

November 20, 2009

**Steven P. Blakeney**

Satisfactorily Completed the
Class A Basic Police Training
Course as Required by the Missouri
Police Standards and Training Act

Dr. Michael Brown
Academy Director



**Southeast**
Missouri State University

ONE UNIVERSITY PLAZA  •  CAPE GIRARDEAU, MISSOURI 63701-4799  •  (573) 651-2000  •  http://www.semo.edu

November 11, 2009

To whom it may concern:

It is a pleasure to take this opportunity to write this letter of recommendation for Steven P. Blakeney. I have known Steven since he began the academy on August 3rd 2009. Throughout the academy I have had extensive contact with him. During that time, I have the pleasure of working closely during his instruction, which will last until November 20th 2009.

Steven works very hard during his time in the academy. Steven demonstrates a high level of initiative, and is judicious in carrying out assignments without direction. Steven seeks opportunities for self-improvement. Steven does not leave his desire to learn in the classroom, as he attends extended practice sessions so he can continue to grow and improve.

In group projects, Steven strives for maximum team performance, and recognizes the many benefits of spirited teamwork.

It is without reservation that I recommend Steven for any position that he would choose to undertake.

Sincerely,

Lawrence Fleming
Training Specialist
Law Enforcement Academy

# CERTIFICATE OF COMPLETION



Southeast
Missouri State University

## STEVEN P. BLAKENEY

HAS SUCCESSFULLY COMPLETED
8 HOURS BASIC TRAINING ON:

# TASER

Dr. Michael Brown, Director

J.P. Mulcahy, Instructor

20 November 2009



**Southeast**
Missouri State University

LAW ENFORCEMENT ACADEMY

November 20, 2009

This memorandum certifies that on this date  __Steven P. Blakeney__  participated in a
Marijuana Odor Identification Exercise conducted as part of the classroom instruction for
the Class A Law Enforcement Academy.

This simulation was produced through the use of Marijuana Odor Identification Tablets,
and the above student was exposed to the odor.

The instructor in this exercise was Lawrence Fleming of the Academy staff.

Dr. Michael Brown
Director

One University Plaza
MS 5200
Cape Girardeau, Missouri 63701
573-290-5110



**Southeast**
Missouri State University

LAW ENFORCEMENT ACADEMY

November 20, 2009

This memorandum certifies that on September 4, 2009, **Steven Blakeney** participated in RADAR training as an operator of Doppler RADAR. This field training, in addition to classroom instruction for the 640 Hour Law Enforcement Academy, is sufficient to certify him for the use of the RADAR.

The staff instructor for Introduction to Traffic RADAR and RADAR Practical exercises was Mark Wyatt.

Dr. Michael Brown
Director



**Southeast**
Missouri State University

# LAW ENFORCEMENT ACADEMY

THIS CERTIFICATE IS
PRESENTED TO

## Steven P. Blakeney

UPON COMPLETING THE 40-HOUR
COURSE IN COMPONENTS
OF
KRAV MAGA, JIU JITSU
AND GROUND FIGHTING
WHICH COMPRISE

## BASIC ATTACK
DEFENSE

Lawrence Fleming, Instructor    20 November 2009



# CERTIFICATE OF COMPLETION



Southeast
Missouri State University

## STEVEN P. BLAKENEY

HAS SUCCESSFULLY COMPLETED
THE REQUIRED TYPE III TRAINING AS
MISSOURI SPECIFIED BY THE
MISSOURI DEPARTMENT OF HEALTH
CONSISTING OF:

## BLOOD ALCOHOL CONCENTRATION
## DATAMASTER INSTRUMENT

## STANDARD FIELD SOBRIETY TESTING DWI
## DETECTION AND LAWS & DRUGS THAT IMPAIR

Dr. Michael Brown, Director

Kevin Eudy, Instructor

Southeast Missouri
State University
Law Enforcement Academy

September 22, 23, 24, 2009

Southeast
Missouri State University

National Highway Traffic Safety Administration

# SFST ADMINISTRATION

24 Hour Basic Course

Steven P. Blakeney

was completed by

and administrated by

the

Southeast Missouri State University
Law Enforcement Academy
September 21, 22, 24 2009
Cape Girardeau, Missouri

Dr. Michael Brown
Director

Gary Burchell
Instructor

# CERTIFICATE OF COMPLETION



Southeast
Missouri State University

## STEVEN P. BLAKENEY

THE LAW ENFORCEMENT ACADEMY

HAS SUCCESSFULLY COMPLETED 40 HOUR

COURSE IN

# MEDICAL FIRST RESPONDER

DR. MICHAEL BROWN, DIRECTOR

EARL D. HAWKINS, INSTRUCTOR

20 NOVEMBER 2009

# CERTIFICATE OF COMPLETION

## STEVEN P. BLAKENEY

THIS CERTIFICATE AFFIRMS THAT THE ABOVE NAMED PERSON HAS SUCCESSFULLY COMPLETED THE 8- HOUR TRAINING COURSE IN

# FIREARMS SAFETY TRAINING

AS REQUIRED IN 571.094 RSMo. FOR CONCEALED CARRY APPLICATION

LAWRENCE E. FLEMING
APPROVED INSTRUCTOR

NOVEMBER 7, 2009







**Southeast**
Missouri State University

ONE UNIVERSITY PLAZA  •  CAPE GIRARDEAU, MISSOURI 63701-4799  •  (573) 651-2000  •  http://www.semo.edu

Law Enforcement Academy
One University Plaza, MS 5200
Cape Girardeau MO 63701

September 23, 2009

To Whom It May Concern:

Steven P. Blakeney is currently attending the Law Enforcement Academy's Summer Class A (640 hours) basic course. His current academic average is: 92%. Tuition cost is $4,000.00 for 640 contact hours which began August 3rd and graduates on November 20, 2009. Classes are conducted from 8:00 am to 5:00 pm, Monday through Friday. Upon completion of this course, Mr. Blakeney will participate in the Missouri Peace Officer Standards and Training licensing exam, for a Class A Certification. If you have any questions feel free to call (573) 290-5110.

Sincerely,

Sheila Banville
Administrative Assistant

Experience Southeast ... Experience Success

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## STEVEN P. BLAKENEY

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of this course:

### IS-00200
### ICS for Single Resources and
### Initial Action Incidents

*Issued this 27th Day of January, 2008*

Cortez Lawrence, PhD
*Superintendent*
Emergency Management Institute

0.3 CEU

FEMA Form 14-31, October 05

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## STEVEN P. BLAKENEY

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of this course:

**IS-00700**
**National Incident Management System**
**(NIMS), An Introduction**

*Issued this 27th Day of January, 2008*

Cortez Lawrence, PhD
*Superintendent*
Emergency Management Institute

FEMA Form 16-31, October 05

0.3 CEU

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## STEVEN P. BLAKENEY

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of this course:

**IS-00100.LE**
**Introduction to the Incident Command System,**
**I-100 for Law Enforcement**
*Issued this 27th Day of January, 2008*

Cortez Lawrence, PhD
*Superintendent*
Emergency Management Institute

FEMA Form 16-31. October 05

0.3 CEU



SAINT LOUIS
UNIVERSITY

Department of Public Safety

221 North Grand Boulevard

St. Louis, MO 63103

314-977-3877

September 14, 2007

To Whom It May Concern:
RE: Letter of Recommendation

Stephen Blakeney has worked for the Department of Public Safety since April of 2007. He is currently
an armed officer assigned to Saint Louis University. He has demonstrated good work ethic and I
personally have worked with him with our Alcohol Response Unit here at the University. Officer
Blakeney is developing into an experience officer at our institution.

Without reservations I can recommend him as a good candidate for the police department. His
dedication to this University and the safety of our students is very apparent.

Jack A. Titone
Director of Public Safety
Saint Louis University

# NEW ATHENS POLICE DEPT

905 Spotsylvania
New Athens, Illinois 62264

618-475-2145
618-475-2133/210-0000
Fax: 618-475-9269

May 6, 2008

To Whom It May Concern,

This is in reference to Steve Blakeney. Although he was here only a short time, he was a good officer, and showed considerable promise.

Unfortunately our budget did not allow us to work him as much as I would have liked.

Sincerely,

Chief Bill Rainey
Dsn #24



## EASTERN MISSOURI POLICE ACADEMY

4601 MID RIVERS MALL DRIVE
ST. PETERS, MISSOURI 63376
636-922-8724 FAX 636-922-8725

September 2, 2008

Mr. Steven Blakeney
4277 Snelson
St. Louis, MO 63129

Dear Mr. Blakeney:

I am writing this letter at your request regarding the stated reason for your leaving the Eastern Missouri Police Academy.

Our records reflect that you voluntarily withdrew from the academy on October 30, 2003. The reason stated for the action is personal. There is no other indication on the withdrawal form for your departure. I have included a copy of the form with this letter.

Our conversation also indicated that you desired to obtain information as to who may have accessed your file. Our records reflect that only two individuals have reviewed your student file, Detective Patrick York of the Millstadt Police Department, and Chief Larry Kirk of the New Athens Police Department. I have included a copy of both requests and signed releases with this letter. I have also included a copy of my memo for the record indicating to Detective York that we would not release any information over the telephone other than the fact that you voluntarily withdrew from the Academy.

I trust that this information will be of use to you.

Sincerely yours,

Ronald S. Neubauer
Executive Director



**EASTERN MISSOURI POLICE ACADEMY**
4601 MID RIVERS MALL DRIVE
ST. PETERS, MISSOURI 63376
636-922-8724   FAX 636-922-8725

December 4, 2007

To Whom It May Concern:

I am writing to provide a letter certifying the blocks of instruction that Mr. Steven Blakeney completed before his withdrawal from this Academy in October of 2003.

Mr. Blakeney was admitted into our Recruit Class 3-03. The class began training on June 30, 2003. Mr. Blakeney completed 513 hours of classroom presentation. The following blocks of instruction were provided during his time with the Academy.

| CLASS TITLE | HOURS |
|---|---|
| Orientation/Rules & Regulations | 6 |
| Basic Study Skills | 2 |
| Police Protocol | 4 |
| Career Preparation | 2 |
| Tactical Communications | 16 |
| Communications Obstacles | 8 |
| Cultural Diversity | 8 |
| Crisis Intervention/Domestic Violence | 44 |
| Dealing with Death | 2 |
| Stress Management | 2 |
| Family Night | 4 |
| Dealing with Aggressive Behavior | 6 |
| Constitutional Law | 40 |
| Missouri Statutory Law | 36 |
| Patrol (less Hazmat and DARE) | 72 |
| Juvenile Justice and Procedures | 20 |
| Criminal Investigation (less Interrogation and Case/Trial Prep) | 35 |
| County & Municipal Offense Invest. (Less Auto, Bad Check, Sexual Assault, Arson, Bomb and Explosives Invest.) | 37 |
| Defensive Tactics | 84 |
| TOTAL HOURS | 428 |

In addition to those classes that were completed as indicated above, Mr. Blakeney spent a number of additional hours,

| NAME | HOURS TAKEN |
|------|-------------|
| Physical Training | 39 |
| Report Writing | 12 |
| Traffic | 22 |
| Survival Spanish | 12 |
| TOTAL | 85 |

If there are any questions regarding this certification please do not hesitate to contact me at (636) 922-8724.

Sincerely yours,

Ronald S. Neubauer
Executive Director

Subscribed and sworn to before me this ___4___ day of __December__, 2007. I am commissioned as a notary public within the county of St. Charles, State of Missouri, and my commission expires on __Sept 3__, 2011.

Notary Public

JENNIFER HART
Notary Public - Notary Seal
State of Missouri
Commissioned for St Charles County
My Commission Expires: September 03, 2011
Commission Number: 07230303